SWINT, APPELLEE, *v.* AULD ET AL.; VILLAGE OF GOLF MANOR, APPELLANT.

[Cite as *Swint v. Auld,* 122 Ohio St.3d 349, 2009-Ohio-3715.]

(No. 2008–2283—Submitted May 19, 2009—Decided August 4, 2009.)

{¶ 1} The certified question is answered in the negative.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Sullivan v. Anderson Twp.*, 122 Ohio St.3d 83, 2009-Ohio-1971, 909 N.E.2d 88, and the cause is remanded for consideration of appellant's assignments of error.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent.

Rendigs, Fry, Kiely & Dennis, L.L.P., and Wilson G. Weisenfelder Jr., for appellant.